## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

### No. 04-2518

---

ABRAHAM LALAWI,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

---

### No. 05-1154

---

ABRAHAM LALAWI,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

---

On Petitions for Review of Orders of the Board of Immigration Appeals. (A79-341-112)

---

Submitted: July 15, 2005          Decided: August 8, 2005

---

Before LUTTIG, MOTZ, and SHEDD, Circuit Judges.

---

Petitions denied by unpublished per curiam opinion.

Armin A. Skalmowski, Alhambra, California, for Petitioner. Paul J. McNulty, United States Attorney, Brian E. Bentley, Special Assistant United States Attorney, Alexandria, Virginia, for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated petitions for review, Abraham Lalawi, a native and citizen of Indonesia who claims he is a Christian of Chinese ethnicity, seeks review of orders issued by the Board of Immigration Appeals (Board) denying his motion to reopen removal proceedings (No. 04-2518) and denying his motion to reconsider that order (No. 05-1154). We have reviewed the administrative record and conclude the Board did not abuse its discretion in denying Lalawi's motions. <u>See</u> 8 C.F.R. § 1003.2(a), (b) (2005).

We accordingly deny the petitions for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITIONS DENIED</u>